**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **THEODORE COREY MITCHELL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.** |
| | * | |
| **TEAM LABOR FORCE, LLC, ES&H AND** | * | **SECTION " "** |
| **SPECIALIZED ENVIRONMENTAL** | * | |
| **RESOURCES** | * | **MAG.** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SEAMEN'S COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, comes Theodore Corey Mitchell, a

Jones Act Seamen, and a person of full age and majority, domiciled in Houston, State of Texas, who

respectfully avers as follows:

I.

This action is brought pursuant to Title 46 U.S.C. § Section, 688, the Jones Act, and all

statutes supplemental and amendatory thereto, and pursuant to the General Maritime Laws of the

United States.

II.

Team Labor Force, LLC, a named defendant herein, is an entity authorized to do and doing

business in the State of Louisiana, and is liable unto Plaintiff, Theodore Corey Mitchell, for claims

of the nature asserted herein.

III.

Environmental Safety and Health Consulting Services, Inc., (hereinafter "ES&H"), a named

defendant herein, is an entity authorized to do and doing business in the State of Louisiana, and is

liable unto Plaintiff, Theodore Corey Mitchell, for claims of the nature asserted herein.

IV.

Specialized Environmental Resources, LLC, a named defendant herein, is an entity

authorized to do and doing business in the State of Louisiana, and is liable unto Plaintiff, Theodore

Corey Mitchell, for claims of the nature asserted herein.

V.

On or about May 7, 2011, plaintiff, Theodore Corey Mitchell was employed as a deck

hand/rigger technician by defendant, Team Labor Force, LLC and/or defendant, Specialized

Environmental Resources and/or ES&H and assigned to the M/V MS VAL at Grande Isle, Louisiana.

VI.

On or about May 7, 2011, the M/V MS VAL was owned operated and/or controlled by

defendant, Team Labor Force, LLC and/or defendant ES&H and/or Specialized Environmental

Resources.

VII.

On or about May 7, 2011, as plaintiff was performing his assigned duties at the Grande Isle

(Nautical Point) Dock, he sustained serious, permanent and disabling injuries to his body and, in

particular, his thoracic and lumbar spine, when he was required to manually lift a heavy box from

the dock without adequate and appropriate coordinated effort by other personnel also engaged in the

task.

VIII.

As a result of the accident, Plaintiff, Theodore Corey Mitchell, sustained serious, painful and permanent injury to his mind and body, including but not limited to, his back.

IX.

The accident and resulting injuries described above were caused by the negligence of the defendants, Team Labor Force, LLC, ES&H and Specialized Environmental Resources, in the following particulars:

    a)    Failing to provide plaintiff with a safe place to work;

    b)    Failing to properly supervise the task being performed;

    c)    Failing to properly coordinate the lifting of the box at issue;

    d)    Allowing the full weight of the box to be suddenly placed on plaintiff;

    e)    Failing to arrange for lifting of the box in a reasonably safe manner; and

    f)    Any and all other acts of negligence that will be shown at the trial of this matter.

X.

At all pertinent times hereto, the M/V MS VAL  was unseaworthy in one or more of the following respects, to-wit:

    a)    Failing to provide plaintiff with a safe place to work.

    b)    Failing to properly supervise the task being performed;

    c)    Failing to properly coordinate the lifting of the box at issue.

    d)    Allowing the full weight of the box to be suddenly placed on plaintiff;

    e)    Failing to arrange for lifting the box in a reasonably safe manner; and

    f)    Other unseaworthy conditions to be determined at a trial of this action.

XI.

In accordance with the Jones Act, the defendants are liable unto the plaintiff, Theodore Corey

Mitchell, for the following damages:

a) Past, present and future medical expenses;

b) Past, present and future physical pain and suffering;

c) Past, present and future mental pain and suffering;

d) Lost wages and loss of earning capacity; and,

e) Any other elements of damage recoverable under the Jones Act or under
Louisiana law.

XII.

Plaintiff, Theodore Corey Mitchell, is entitled to maintenance and cure benefits from the

above referenced Defendant/Employer, Team Labor Force, LLC, ES&H and/or Specialized

Environmental Resources, until such time as he reaches maximum medical cure; and Plaintiff is

entitled to attorney's fees, costs and compensatory damages in the event the Defendants, Team Labor

Force, LLC, ES&H and/or Specialized Environmental Resources, unreasonably or arbitrarily refuses

to pay or discontinues maintenance and cure benefits.

**WHEREFORE,** for the above and foregoing reasons, plaintiff, Theodore Corey Mitchell,

request that the defendants, Team Labor Force, LLC, ES&H and Specialized Environmental Resources,

be served with a copy of this Seaman's Complaint and that after all legal proceedings and due delays are

had, there be judgment in favor of Plaintiff, Theodore Corey Mitchell,  and against the defendants, Team

Labor Force, LLC, ES&H and Specialized Environmental Resources for damages in the sum of

$1,200,000.00 ONE MILLION TWO HUNDRED THOUSAND AND NO/100 ($1,200,000.00), plus

interest from the date of accident until paid, all costs of these proceedings, and for all other general,

equitable maritime relief.

<div style="margin-left:45%">

Respectfully submitted,

**UNGAR & BYRNE**

/s/ George W. Byrne, Jr.
EVETTE E. UNGAR (#29013)
GEORGE W. BYRNE, JR. (#3744)
CHERYL L. WILD (#28805)
650 Poydras St., Suite 2005
New Orleans, Louisiana 70130
Telephone No.: (504) 566-1616
Facsimile No.:  (504) 566-1652
E-Mail: georgewbyrnejr@ungarlawyers.com
Counsel for Plaintiff, *Theodore Corey Mitchell*

</div>

**PLEASE SERVE:**

**TEAM LABOR FORCE, LLC.**
Through their Agent For Service of Process
Lawrence X. Boucvalt, III
1730 Coteau Road
Houma, LA 70364
**AND**
Eddie N. Pullaro
1054 West Tunnel Blvd.
Houma, LA 70360


**ENVIRONMENTAL SAFETY AND HEALTH CONSULTING SERVICES, INC.**
Through their Agent for Service of Process
L. Xavier Boucvalt, III
1730 Coteau Rd.
Houma, LA 70361

**SPECIALIZED ENVIRONMENTAL RESOURCES, LLC**
Through their Agent For Service of Process
Stephen Scott Broussard
4970 NE Evangeline Thruway
Carencro, LA 70520