

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
**1-800-536-5255**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 157034 | 7/11/2012 | 73631 |
| Job Date | Case No. | |
| 7/6/2012 | 11-1882 | |

| Case Name |
|---|
| Theodore Corey Mitchell vs Team Labor Force, LLC, et al |

| Payment Terms |
|---|
| Net 30 |

Byrne, Jr., George W.
Ungar & Byrne
650 Poydras Street
Suite 2005
New Orleans LA  70130

---

ORIGINAL TRANSCRIPT OF:

Vok Robinson                                                                                       261.77

                                                        TOTAL DUE >>>                    $261.77

---

Tax ID: 72-1177884                                              Phone: 504-566-1616   Fax: 504-566-1652

*Please detach bottom portion and return with payment.*

Byrne, Jr., George W.
Ungar & Byrne
650 Poydras Street
Suite 2005
New Orleans LA  70130

Invoice No.    :  157034
Invoice Date   :  7/11/2012
**Total Due**  :  **$261.77**

Remit To:   **Professional Shorthand Reporters, Inc.**
            **601 Poydras Street**
            **Suite 1615**
            **New Orleans LA  70130**

Job No.      :  73631
BU ID        :  1-REP
Case No.     :  11-1882
Case Name    :  Theodore Corey Mitchell vs Team Labor Force, LLC, et al