UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THEODORE COREY MITCHELL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 11-1882 |
| | * | |
| TEAM LABOR FORCE, LLC, ET AL. | * | SECTION "L"(2) |

## ORDER

The Court having been advised that all of the parties to Civil Action No. 11-1882,

entitled *Theodore Corey Mitchell v. Team Labor Force, LLC, et al.*, have firmly agreed upon a

compromise,

IT IS ORDERED that the action be and it is hereby DISMISSED without costs and

without prejudice to the right, upon good cause shown, to reopen the action or to seek summary

judgment enforcing the compromise if settlement is not consummated within a reasonable time.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement

entered into by the parties.

COUNSEL ARE REMINDED THAT, if witnesses have been subpoenaed, EVERY

WITNESS MUST be notified by counsel not to appear.

New Orleans, Louisiana, this 18th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE